tiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles H. Paul, George Donworth,* and *Charles T. Donworth* for petitioner. *Solicitor General Jackson,* and *Messrs. Robert L. Stern, Charles Fahy, Richard B. Watts,* and *Laurence A. Knapp* for respondent.

No. 954.   Bradshaw *v.* Eastus, U. S. Attorney, et al. May 23, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. B. Harrell* and *L. E. Martlew* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, William H. Boyd, M. Leo Looney, Jr.,* and *Earl C. Crouther* for respondents.

No. 963.   United States et al. *v.* Silver Line, Ltd. et al.   May 23, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Jackson* for petitioners. *Messrs. Ira S. Lillick* and *Joseph J. Geary* for respondents.

No. 964.   Eppley Hotels Co. *v.* Lincoln et al.   May 23, 1938.   Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Mr. William J. Hotz* for petitioner. *Mr. Frederick H. Wagener* for respondents.

No. 970.   Remington Rand, Inc., *v.* National Labor Relations Board.   May 23, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George H. Bond, George H.*